1  **REICH RADCLIFFE & HOOVER LLP**
   Marc G. Reich (SBN 159936)
2  mgr@reichradcliffe.com
   Adam T. Hoover (SBN 243226)
3  adhoover@reichradcliffe.com
   4675 MacArthur Court, Suite 550
4  Newport Beach, CA 92660
   Phone:  (949) 975-0512
5  Fax: (949) 208-2839

6  **LIFSHITZ & MILLER LLP**
   Joshua M. Lifshitz (*Pro Hac Vice to be submitted*)
7  jml@jlclasslaw.com
   821 Franklin Ave., Suite 209
8  Garden City, NY 11530
   Phone: (516) 493-9780
9  Fax: (516) 280-7376

10 Attorneys for Plaintiff

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 DAVID RAUL as custodian for PINCHUS E.          Case No: 3:18-cv-03215
   RAUL UTMA, NY, Individually and on Behalf of    Hon. Jeffrey S. White
   All Others Similarly Situated,

15
                        Plaintiff,
16                                                 **NOTICE OF VOLUNTARY DISMISSAL**

17 v.

18 VERIFONE SYSTEMS, INC.,
   ROBERT W. ALSPAUGH,
19 KAREN AUSTIN,
   RONALD BLACK,
20 PAUL GALANT,
   ALEX W. HART,
21 ROBERT B. HENSKE,
   LARRY A. KLAINE,
22 JONATHAN I. SCHWARTZ,
   JANE J. THOMPSON,
23 ROWAN M. TROLLOPE,

24                      Defendants,

25

26

27

28

1    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff David Raul,

2    as custodian for Pinchus E. Raul Utma ("Plaintiff"), hereby voluntarily dismisses the individual claims

3    in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice

4    as to the claims on behalf of the putative class in the Action.  Because this notice of dismissal is being

5    filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's

6    dismissal of the Action is effective upon the filing of this notice.

7

8    Dated:       August 27, 2018                    **REICH RADCLIFFE & HOOVER LLP**
                                                      By: /s/ Adam T. Hoover
9                                                     Adam T. Hoover

10
                                                      **LIFSHITZ & MILLER LLP**
11                                                    Joshua M. Lifshitz
                                                      Attorneys for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28